UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALADIN RUSHDAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HAMKAR, et al.,<br><br>　　　　　Defendants. | No.  2:12-cv-0562 MCE CKD P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 6, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  After being granted a thirty-day extension of time on August 8, 2013, plaintiff has filed objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 6, 2013 (ECF No. 44), are ADOPTED in full;

2. Defendants' October 19, 2012 motion to dismiss (ECF No. 19) is GRANTED to the following extent:

    a. Defendants Sahota and Bal are dismissed from this action;

    b. Plaintiff's claims that defendants denied him post-surgical pain medication in violation of the Eighth Amendment are dismissed;

    c. Plaintiff's state law claims are dismissed;

    d. Plaintiff's request for injunctive relief is moot; and

3. Defendants Hamkar, Ali, and Nangalama are directed to file an answer to the remaining claims in this action.

Dated: September 24, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT