1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17

| | |
|---|---|
| ROBERT STANLEY WOODS, aka SALADIN RUSHDAN<br><br>                    Plaintiff,<br><br>        v.<br><br>HAMKAR, et al.,<br><br>                    Defendants. | No. 2:12-cv-0562 MCE CKD P<br><br><br>ORDER APPOINTING COUNSEL |

18
19
20
21
22
23

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On November 18, 2013, plaintiff filed a motion to appoint counsel.  The court finds that the appointment of counsel is warranted and plaintiff's motion to appoint counsel is granted.  Manmeet Toor has been selected from the court's pro bono attorney panel to represent plaintiff and has accepted the appointment.

24
25
26
27
28

        Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion to appoint counsel (ECF No. 56) is granted;

2.  Manmeet Toor is appointed as counsel in the above entitled matter.

3.  Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

1

1

2          4.   The Clerk of the Court is directed to serve a copy of this order upon Manmeet Toor, Sikh

3              Alliance, 917 13th Street, Modesto, CA 95354.

   Dated:  December 23, 2013

4

5                                                    _____

6                                                    CAROLYN K. DELANEY
                                                     UNITED STATES MAGISTRATE JUDGE
7

8

9    2 / rush0562.31

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28