| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT STANLEY WOODS, aka SALADIN RUSHDAN,

    Plaintiff,

  v.

HAMKAR, et al.,

    Defendants.

No. 2:12-cv-0562 MCE CKD P

ORDER

Plaintiff has moved to vacate the October 29, 2013 discovery and scheduling order, as pro bono counsel was recently appointed to represent plaintiff. (ECF No. 61.) Good cause appearing, the court will vacate the scheduling order. See Fed. Rule Civ. P. 16(b)(4) ( "A schedule may be modified only for good cause and with the judge's consent.").

Plaintiff has set a scheduling conference before the district judge in this action, which will be vacated. See L.R. 230(l). Counsel for the parties shall meet and confer and submit a proposed amended discovery schedule to the undersigned within 30 days; or, if they cannot agree on a proposed schedule, so inform the court.

////

1

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion to vacate the discovery order (ECF No. 61) is granted;

2. The October 29, 2013 discovery and scheduling order is VACATED;

3. The scheduling conference set for February 19, 2014 at 9:00 a.m. before the district judge is VACATED; and

4. Counsel for the parties shall meet and confer regarding discovery issues and submit a proposed amended discovery schedule to the undersigned within 30 days from the date of this order. If counsel cannot agree on an amended discovery schedule by that time, they shall so inform the court.

Dated: January 22, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / rush0562.vac