UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STANLEY WOODS aka SALADIN RUSHDAN, | No. 2:12-cv-0562 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| HAMKAR, et al., | |
| Defendants. | |

On January 22, 2014, the court vacated the scheduling order in this action and directed counsel for the parties to submit a proposed amended discovery schedule within 30 days. (ECF No. 62.) Before the court is plaintiff's motion for an extension of time to file a proposed discovery schedule, as plaintiff (through recently-appointed counsel) intends to file a motion to amend the complaint. Plaintiff anticipates filing a proposed amended complaint, along with a motion to amend, by March 14, 2014. (ECF No. 63.)

Good cause appearing, the court will vacate the deadline for the parties to file a proposed amended discovery schedule and direct plaintiff to file a motion to amend the complaint by March 14, 2014. The court will revisit the timing of discovery after plaintiff's motion is resolved.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED THAT:

1. The deadline of February 21, 2014 to submit a proposed amended discovery schedule is vacated; and

2. Plaintiff shall file any motion to amend the complaint on or before March 14, 2014.

Dated: February 24, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / wood0562.amend