KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
TRACY S. HENDRICKSON, State Bar No. 155081
Supervising Deputy Attorney General
RUSSA M. BOYD, State Bar No. 239380
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 319-9476
  Fax: (916) 324-5205
  E-mail: Russa.Boyd@doj.ca.gov
*Attorneys for Defendants*
*Hamkar, Tharratt, Toche, Nangalama, Beard, and Ali*

Manmeet Toor (SBN 278741)
SIKH ALLIANCE
917 13th Street
Modesto, CA 95354
Telephone: (209) 409-8353
Facsimile: (415) 360-5923
E-Mail: manmeet@sickalliance.org
E-Mail: contact@sikhalliance.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT STANLEY WOODS aka SALADIN RUSHDAN, <br><br> Plaintiff, <br><br> v. <br><br> HAMKAR, et al., <br><br> Defendants. | 2:12-cv-0562 MCE CKD P <br><br> STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT |

Plaintiff, a state prisoner, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff was appointed counsel in December 2013. (ECF No. 60.) Thereafter, Plaintiff filed a First Amended Complaint (FAC). (ECF Nos. 65 & 70.) On June 27, 2014, after screening the

1

1 FAC, the Court issued an order identifying the claims and Defendants against whom the FAC
2 shall proceed. (ECF No. 71). In its order, the Court found that the FAC stated a claim for
3 deliberate indifference to a serious medical need in violation of the Eighth Amendment against
4 Defendants Hamkar, Ali, and Nangalama - Defendants who had been served with Plaintiff's
5 original Complaint and had appeared before the Court. (*Id*. at 3:2-5.) The Court also found that
6 the FAC stated a cognizable claim for breach of contract under California law against Defendants
7 Beard, Toche, Tharratt, and Kelso – Defendants who were not previously parties to this lawsuit.
8 (*Id*. at 6:25-7:12.)

9      To date, Defendants Beard, Tharratt, and Toche have been served with the FAC and are
10 required to respond to the FAC no later than September 30, 2014. Defendant Kelso has not yet
11 been served. Pursuant to Local Rule 144, and by agreement between counsel for Plaintiff and
12 Defendants, the parties stipulate to extend the time by which Defendants Hamkar, Ali, and
13 Nangalama shall file their response to the FAC. Defendants Hamkar, Ali, Nangalama, Tharratt,
14 Thoche, and Beard shall collectively file their response to the FAC no later than September 30,
15 2014.

16      SO STIPULATED.

17 Dated: August 25, 2014                          KAMALA D. HARRIS
                                                                                      Attorney General of California
18                                                                                         TRACY S. HENDRICKSON
19                                                                                         Supervising Deputy Attorney General

20                                                                                       ***/s/ Russa M. Boyd***

21                                                                                       RUSSA M. BOYD
                                                                                      Deputy Attorney General
22                                                                                       *Attorneys for Defendants*
                                                                                      *Hamkar, Tharratt, Toche, Nangalama,*
23                                                                                       *Beard, and Ali*

24
25
26
27
28

|   |   |
|---|---|
| 1 | */s/ Manmeet Toor* |
|   | Manmeet Toor, Esq. |
| 2 | Sikh Alliance |
|   | 917 13th Street |
| 3 | Modesto, CA 95354 |
|   | Telephone: (209) 409-8353 |
| 4 | Facsimile: (415) 360-5923 |
|   | E-Mail: manmeet@sickalliance.org |
| 5 | E-Mail: contact@sikhalliance.org |

*Attorney for Plaintiff, Saladin Rushdan (Pro Bono)*

IT IS SO ORDERED.

Dated:  August 27, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3