UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STANLEY WOODS, | No. 2:12-cv-0562 MCE CKD P |
| Plaintiff, | |
| v. | ORDER |
| HAMKAR, et al., | |
| Defendants. | |

This prisoner civil rights action brought pursuant to 42 U.S.C. § 1983 proceeds on the First Amended Complaint filed March 14, 2014. (ECF No. 65.) On December 23, 2013, attorney Manmeet Toor was appointed to represent plaintiff. (ECF No. 60.) Before the court is Ms. Toor's November 7, 2014 motion to withdraw as attorney for plaintiff. (ECF No. 96.)

Eastern District of California Civil Local Rule 182(d) authorizes an attorney to withdraw as counsel of record so long as he or she (1) provides advance written notice to the client and all other parties in the action and (2) obtains leave of court. Withdrawal as attorney is governed by the Rules of Professional Conduct of the State Bar of California, and the attorney shall conform to the requirements of those Rules. Id. Permission to withdraw is discretionary. See LaGrand v. Stewart, 133 F.3d 1253, 1269 (9th Cir. 1998).

1

Here, Ms. Toor has provided advance notice of her intent to withdraw. (See ECF No. 96.) In addition, the request to withdraw appears to be supported by good cause, as Ms. Toor is no longer employed by the Sikh Alliance and is discontinuing representation of all her clients. (See id.) The court therefore will grant Ms. Toor's request to withdraw.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Ms. Toor's motion to withdraw as attorney (ECF No. 96) is granted; and

2. The Clerk of Court is directed to send a copy of this order to the court's Alternative Dispute Resolution Division, Attention: Sujean Park, so that substitute counsel may be appointed as soon as practicable.

Dated: November 20, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / wood0562.withdraw