1
2
3
4
5
6
7
8                                UNITED STATES DISTRICT COURT
9                            FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  ROBERT STANLEY WOODS,                          No. 2:12-cv-0562 MCE CKD P
    aka SALADIN RUSHDAN,
12
                    Plaintiff,
13                                                 ORDER APPOINTING COUNSEL
            v.
14
    HAMKAR, et al.,
15
                    Defendants.
16

17

18         Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42

19  U.S.C. § 1983. On November 18, 2013, plaintiff filed a motion to appoint counsel. (ECF No.

20  56.) On December 23, 2013, the court found that appointment of counsel was warranted and

21  plaintiff's motion to appoint counsel was granted. Manmeet Toor was appointed to represent

22  plaintiff. (ECF No. 60.) On November 7, 2014, Manmeet Toor filed a motion to withdraw,

23  which was granted on November 20, 2014. (ECF Nos. 96 & 98.) The court finds that continued

24  representation of plaintiff by appointed counsel is warranted. Douglas R. Thorn has been selected

25  from the court's pro bono attorney panel to represent plaintiff and has accepted the appointment.

26  /////

27  /////

28
                                                   1

Accordingly, IT IS HEREBY ORDERED that:

1. Douglas R. Thorn is appointed as counsel in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.
3. The Clerk of the Court is directed to serve a copy of this order upon Douglas R. Thorn, Law Office of Douglas R. Thorn, 7601 Watson Way, Citrus Heights, CA 95610.
4. Plaintiff's motion to enforce appointment of counsel (ECF No. 99) is granted.

Dated: December 9, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE