1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  ROBERT STANLEY WOODS, a.k.a.            No.  2:12-cv-00562 MCE CKD P
    SALADIN RUSHDAN,
12
                           Plaintiff,
13                                          ORDER

           v.
14
    HAMKAR, et al.,
15
                           Defendants.
16

17

18

19          This prisoner civil rights action was filed in March 2012 and proceeds on Eighth

20  Amendment claims against defendants Hamkar, Ali, and Nangalama.  (ECF No. 105.)  As this

21  case has been identified as potentially appropriate for referral to the court's Alternative Dispute

22  Resolution program, the court will explore whether a settlement conference before a Magistrate

23  Judge would be beneficial.

24          Accordingly, IT IS HEREBY ORDERED that:

25      1.  The parties shall, within 30 days from the date of this order, inform the court's

26          Alternative Dispute Resolution (ADR) division, in writing, if they believe a settlement

27          conference would be beneficial, at the following address, fax number, or email

28
                                             1

1        address:

2            ADR Division

3            Attention: Sujean Park

4            U.S. District Court

5            501 I Street, Suite 4-200

6            Sacramento, CA 95814

7            Fax: (916) 491-3912

8            Email: spark@caed.uscourts.gov

9   Dated:  November 9, 2015

10                                          _____
                                            CAROLYN K. DELANEY
11                                          UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16   2 / wood0562.sett

17

18

19

20

21

22

23

24

25

26

27

28

                                    2