KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4928
 Facsilime: (916) 324-5205
 E-mail: Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants Ali, Hamkar, and Nangalama*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT STANLEY WOODS aka SALADIN RUSHDAN ,**<br><br>Plaintiff,<br><br>v.<br><br>**HAMKAR, et al. ,**<br><br>Defendants. | No. 2:12-cv-00562 MCE-CKD P<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS ALI, HAMKAR AND NANGALAMA, AND**<br><br>**STIPULATION TO REINSTATE OR ADD CDCR SECRETARY SCOTT KERNAN AS A DEFENDANT, AND**<br><br>**ORDER** |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Robert Woods (aka Saladin Rushdan) and Defendants Ali, Hamkar, and Nangalama, by and through their counsel of record, stipulate to the voluntary dismissal with prejudice of Ali, Hamkar, and Nangalama from this case.

Under Federal Rule of Civil Procedure 15(a)(2) and 25(d), the parties stipulate to the reinstatement or addition of Scott Kernan, Secretary for the California Department of Corrections and Rehabilitation (CDCR), as a Defendant. Plaintiff originally sued the "Director" of CDCR in his official capacity for purposes of injunctive relief. (*See* ECF No. 1.) In the first amended complaint, Plaintiff specifically named then-Secretary Jeffrey Beard. (ECF No. 65.) Beard was

1

sued in his official capacity. (*Id*.) On September 28, 2015, the Court dismissed all Defendants except Ali, Hamkar, and Nangalama. (ECF No. 105.)

The parties have reached a conditional settlement in this case which calls for the dismissal of Ali, Hamkar, and Nangalama before the settlement can be finalized. The parties agree to reinstate or add CDCR's Secretary to effect the settlement. However, Beard retired in December 2015. The current Secretary is Kernan. Under Rule 25(d), Kernan automatically substitutes as a party. Good cause therefore exists to grant this stipulated request.

Dated: February 19, 2016

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants*

Dated: February 19, 2016

LAW OFFICES OF DOUGLAS THORN

*/s/ Douglas Thorn*

DOUGLAS THORN
*Attorneys for Plaintiff*

## ORDER

Based on the parties' stipulated request, and good cause appearing, the Secretary of CDCR, Scott Kernan, is added to this lawsuit as a Defendant. Defendants Ali, Hamkar, and Nangalama are dismissed with prejudice from this lawsuit.

IT IS SO ORDERED.

Dated: February 22, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT