KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4928
 Facsilime: (916) 324-5205
 E-mail: Diana.Esquivel@doj.ca.gov

*Attorneys for Defendant Kernan*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT STANLEY WOODS aka SALADIN RUSHDAN ,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**HAMKAR, et al. ,**<br><br>　　　　　　　　　　　　Defendants. | No. 2:12-cv-00562 MCE-CKD P<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

　　　Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their counsel of record, stipulate to the voluntary dismissal of this action with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Each party is to bear his own costs, attorney's fees, and expenses.  There is no prevailing party in this action.

IT IS SO STIPULATED.

Dated:  March 23, 2016                                    Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants*

Dated:  March 23, 2016                                    LAW OFFICES OF DOUGLAS THORN

*/s/ Douglas Thorn*

DOUGLAS THORN
*Attorneys for Plaintiff*

SA2012306367
32389207.doc

## ORDER

Pursuant to the foregoing stipulation, this action is DISMISSED with prejudice.  The Clerk of Court is hereby directed to close the case.

IT IS SO ORDERED.

Dated:  March 29, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT